IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALEX LAMOTA MARTI,**<br><br>Plaintiff,<br><br>v.<br><br>**MANNING, et al.,**<br><br>Defendants. | 2:21-cv-01829-DB-P<br><br>**ORDER GRANTING EXTENSION OF TIME** |

**GOOD CAUSE APPEARING,** Defendants' *ex parte* application for an extension of time to respond to the Complaint is **GRANTED**. The deadline to file a responsive pleading is hereby extended up to and including March 20, 2023.

**IT IS SO ORDERED.**

Dated: January 13, 2023

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/mart1829.36answ

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1