1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  SARAH E. SINGER, State Bar No. 242841
   Acting Supervising Deputy Attorney General
3  S. GRAY GILMOR, State Bar No. 344232
   Deputy Attorney General
4   600 West Broadway, Suite 1800
    San Diego, CA 92101
5   P.O. Box 85266
    San Diego, CA 92186-5266
6   Telephone: (619) 873-8830
    Fax: (619) 645-2581
7   E-mail: Gray.Gilmor@doj.ca.gov
   *Attorneys for Defendants*
8  *A. Avalos, T. Cooper, T. Manning, S. LaRosa, D. Pasioles, J. Canela and R. Roy*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| **ALEX LAMOTA MARTI,**<br><br>            Plaintiff,<br><br>    v.<br><br>**MANNING, et al.,**<br><br>            Defendants. | 2:21-cv-01829-DB<br><br>**NOTICE OF LODGING OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Date:　　September 12, 2023<br>Time:　　9:30 a.m.<br>Courtroom:　***Via Zoom***<br>Judge:　　The Hon. Carolyn K. Delaney<br>Action Filed: October 4, 2021 |

1

**TO PLAINTIFF, ALEX L. MARTI (H-19004), APPEARING PRO SE:**

**PLEASE TAKE NOTICE THAT** Defendants A. Avalos, T. Cooper, T. Manning, S. LaRosa, D. Pasioles, J. Canela, and R. Roy have lodged with the Court their Confidential Settlement Conference Statement in support of the settlement conference to be held on September 12, 2023, at 9:30 a.m. before the Honorable Carolyn K. Delaney, via Zoom videoconference. This notice is in accordance with Local Rule 133(j).

Dated: September 5, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
SARAH E. SINGER
Acting Supervising Deputy Attorney General

*/s/S. Gray Gilmor*
S. GRAY GILMOR
Deputy Attorney General
*Attorneys for Defendants*
A. Avalos, T. Cooper, T. Manning, S. LaRosa, D. Pasioles, J. Canela and R. Roy

SA2022305186
84133673.docx

2

Not. of Lodging Defs.' Confid. Settlement Conf. Stmt. (2:21-cv-01829-DB)

# CERTIFICATE OF SERVICE

Case Name:  **Alex Lamota Marti (H-19004) v. Manning, et al.**   Case No.  **2:21-cv-01829-DB**

I hereby certify that on September 5, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF LODGING OF DEFENDANTS' CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 5, 2023, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Alex Lamota Marti
CDCR No. H-19004
Mule Creek State Prison
B-10-144 L
P.O. Box 409040
Ione, CA 95640
*In Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 5, 2023, at San Diego, California.

|  M. Gallegos  |  *M. Gallegos* (signature)  |
|---|---|
| Declarant | Signature |

SA2022305186
84133990.docx