IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MANNING, et al.,<br><br>　　　　　　　　　　Defendants. | 2:21-cv-01829-DB<br><br>**ORDER GRANTING DEFENDANTS'** *EX PARTE* **MOTION TO EXCUSE PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** |

A settlement conference is scheduled in this action on September 12, 2023, at 9:30 a.m.

Defendants move *ex parte* to request that the Court excuse Acting Senior Assistant Attorney General Marisa Kirschenbauer, party representative, from attending the settlement conference by video conference due to a scheduling conflict, and instead permit Ms. Kirschenbauer to be on telephonic standby. Defendants have further requested that Acting Supervising Deputy Attorney General Sarah Singer be permitted to attend with defense counsel of record.

Upon due consideration, for good cause shown, the Court **GRANTS** Defendants' *ex parte* motion and excuses Ms. Kirschenbauer's attendance at the settlement conference on September 12, 2023, if she will remain available during the settlement conference on telephonic standby, to

1

be contacted should she need to be consulted.  Ms. Singer will be permitted to attend with counsel of record.

**IT IS SO ORDERED.**

Dated:  September 8, 2023

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge