UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br><br>        Plaintiff,<br><br>    v.<br><br>TODD MANNING, ET AL.,<br><br>        Defendants. | No.  2:21-cv-01829 DB P<br><br><br><u>ORDER</u> |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff claims defendants retaliated against him in violation of his First Amendment rights and also violated his Eighth Amendment rights.  By order dated March 27, 2023, the court referred this case to the Post-Screening ADR (Alternative Dispute Resolution) Project.  (ECF No. 23.)  On September 12, 2023, a settlement conference was held in this action.  (ECF No. 26.)  The case did not settle.  (<u>Id</u>.)  Therefore, the court will lift the temporary stay.  A discovery and scheduling order will issue separately.

Accordingly, IT IS HEREBY ORDERED that the stay in this action is lifted.

Dated: September 18, 2023

DB:15
DB/DB Prisoner Inbox/Civil.Rights/R/mart1829.post.ADR

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1