IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | 2:21-cv-01829-DB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS, SETS 3 AND 4 (ECF NO. 60)** |
| v. | |
| **MANNING, et al.,** | |
| Defendants. | |

Plaintiff Alex Marti, proceeding *pro se* and under 42 U.S.C. § 1983, filed a Motion to Compel Production of Documents, Sets 3 and 4 on March 25, 2024 (ECF No. 60). On April 9, 2024, Defendants A. Avalos, T. Cooper, T. Manning, S. LaRosa, D. Pasioles, J. Canela and R. Roy moved *ex parte* for a 21-day extension to May 7, 2024, to file an opposition to Plaintiff's Motion to Compel Production of Documents, Sets 3 and 4 and a 14-day extension to May 6, 2024, to file an opposition to Plaintiff's Motion to Compel Further Responses (ECF No. 65).

Defendants submitted this application because they need additional time to investigate Plaintiff's claims, obtain declarations, and draft oppositions. Defendants contend that additional time is required due to the volume of discovery and discovery motions recently filed and served by Plaintiff.

1  Good cause appearing, the Court **GRANTS** Defendants' *Ex Parte* Application for
2  Extensions of Time to File Oppositions and extends the deadline for Defendants to file an
3  opposition to Plaintiff's Motion to Compel Production of Documents, Sets 3 and 4 (ECF No. 60)
4  to **May 7, 2024** and a 14-day extension to **May 6, 2024**, to file an opposition to Plaintiff's Motion
5  to Compel Further Responses (ECF No. 65). All other dates in the Scheduling Order shall remain
6  the same.

7  **IT IS SO ORDERED**.

8  Dated:  April 10, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE