UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI, | No. 2:21-cv-01829 DB P |
| Plaintiff, | |
| v. | ORDER |
| TODD MANNING, et al., | |
| Defendants. | |

Plaintiff has requested extensions of time to file various replies citing issues with mail. (ECF Nos. 48, 51, 57, 62.)  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motions for extensions of time to file his reply to defendants' opposition to plaintiff's motion to compel (ECF Nos. 48 and 51) are granted;

2. Plaintiff is granted fifteen days from the date of this order in which to file his reply to defendants' opposition. Any reply shall be filed and served in accordance with Local Rule 230(l);

3. Plaintiff's motion for an extension of time to file his reply to defendants' opposition to plaintiff's request to modify the discovery and scheduling order (ECF No. 57) is granted;

////

4. Plaintiff is granted fifteen days from the date of this order in which to file his reply to defendants' opposition. Any reply shall be filed and served in accordance with Local Rule 230(l); and

5. Plaintiff's motion for extension of time to file all future reply's to defendants' oppositions (ECF No. 62) is Denied without prejudice. Should plaintiff require an extension of a deadline he must file a motion showing good cause why such relief should be granted.

Date: April 15, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB16
DB/Prisoner Inbox/Civil Rights/R/mart.1829ext(3)