IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ALEX LAMOTA MARTI,** | 2:21-cv-01829 DAD SCR (PC) |
| Plaintiff, | ~~**PROPOSED**~~ **ORDER GRANTING DEFENDANTS' EX PARTE MOTION TO AMEND THE SCHEDULING ORDER** |
| **v.** | |
| **MANNING, et al.,** | |
| Defendants. | |

On March 11, 2026, Defendants filed an *Ex Parte* Motion to Amend the Scheduling Order seeking to extend the dispositive motion deadline by 60-days from March 16 to May 15, 2026. ECF No. Defendants contend good cause exists to grant the extension because they need additional time to prepare a motion for summary judgment. Specifically, Defendants need additional time due to defense counsel's obligations in his other cases, for the California Department of Corrections and Rehabilitation to review and approve confidential documents for use in supporting the anticipated summary judgment motion, and for Defendants to draft declarations.

/ / /

1

Good cause appearing, the Court **GRANTS** Defendants' Ex Parte Motion to Amend the Scheduling Order and extends the deadline to file dispositive motions to May 15, 2026.

**IT IS SO ORDERED**.

Dated:  March 16, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2