UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LAMOTA MARTI,<br>Plaintiff,<br>v.<br>TODD MANNING, et al.,<br>Defendants. | No. 2:21-cv-01829 DAD SCR<br><br><u>ORDER</u> |

Defendants filed a motion for administrative relief and extension of time to file a reply to Plaintiff's opposition to defendants' motion for summary judgment. ECF No. 139. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion for administrative relief and extension of time (ECF No. 139) is GRANTED; and

2. The deadline for Defendants to file their reply to Plaintiff's opposition to defendants' motion for summary judgment (ECF No. 138), and oppositions to Plaintiff's motion for order directing Defendants to lodge unredacted copies of documents on his behalf (ECF No. 137) and motion for discovery (ECF No. 136), is continued to **August 27, 2026**.

DATED: July 27, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE